UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SHARON JOHNSON, | ) | CASE NO. 1: 07 CV 1610 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| CLEVELAND CITY SCHOOL DISTRICT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge McHargh. (ECF #232). In his Report and Recommendation Magistrate Judge McHargh reviewed the law regarding the award of costs to the prevailing party under Fed. R. Civ. P. 54(d) as well as the law regarding taxing deposition fees as costs. Magistrate Judge McHargh found that the deposition expenses at issue in this action were allowable cost items and that the amounts were reasonable and necessary. Further, Magistrate Judge McHargh determined that an award of costs should not be denied because the underlying action was a civil rights action or because the Plaintiff has suffered financial difficulties. Accordingly, Magistrate Judge McHargh recommends that Defendants' Motion for Costs (ECF #225) be granted.

The Court has reviewed *de novo* those portions of the Magistrate Judge's Report and Recommendation to which objection has been made. *See* FED. R. CIV. P. 72(b). Magistrate

Judge McHargh's Report and Recommendation is well-supported and correct. The Report and Recommendation (ECF #232) is ADOPTED in its entirety and Defendants' Motion for Costs (ECF #225) is GRANTED in the amount of $7,220.33.

IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATED: February 3, 2009